UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMAR ZWICK,<br><br>   Plaintiff,<br><br> vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>   Defendants. | Case No. 5:23-cv-01083-KK-SPx<br><br>District Judge: Kenly Kiya Kato<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

 Plaintiff TAMAR ZWICK ("Plaintiff") accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on October 11, 2023.

 Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $52,035.61 pursuant to the terms of the Rule 68 Offer.

 **IT IS SO ORDERED.**

Date: December 11, 2023

                 Noe U. Ponce
                 Deputy Clerk